**Electronically Filed
Supreme Court
SCWC-24-0000539
18-FEB-2026
07:47 AM
Dkt. 5 OGAC**

SCWC-24-0000539

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

ALDEN BUNAG,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000539; CASE NO. 1CPC-22-0001252)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Drewyer, assigned by reason of vacancy)

Petitioner/Defendant-Appellant Alden Bunag's application for writ of certiorari filed on January 5, 2026, is accepted.

It is further ordered, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai'i, February 18, 2026.

/s/ Sabrina S. McKenna
/s/ Todd W. Eddins
/s/ Lisa M. Ginoza
/s/ Vladimir P. Devens
/s/ Michelle L. Drewyer

